1016

[No. 72752-4-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN COUNTRYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01002-0, Millie M. Judge, J., entered November 13, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 72817-2-I.   Division One.   January 19, 2016.]

KAMALJIT SINGH ET AL., *Respondents*, v. HARJIT KAUR GILL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-18850-3, John R. Ruhl, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Leach, J.

[No. 72828-8-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. YOUNGKEUN K. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04240-0, Regina S. Cahan, J., entered November 19, 2014. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 72858-0-I.   Division One.   January 19, 2016.]

JEFFREY BURKE ET AL., *Appellants*, v. DALYNNE SINGLETON, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-07713-2, Tanya Thorp, J., entered December 5, 2014. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler and Dwyer, JJ.